IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CR-00217-RJC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALVIN JAKELYN WILLIAMS | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motions of the defendant, who is awaiting sentencing. (Doc. No. 34, 35, 41).

The defendant is currently represented by counsel. (Doc. No. 5: Appointment of Counsel). Local Criminal Rule 47.1(H) requires motions to be filed by counsel unless a defendant has formally waived his right to counsel before a judicial officer. Additionally, the defendant's sentencing hearing has been postponed pending the resolution of a case on appeal scheduled for oral argument September 12, 2017, that would likely affect this Court's determination of Sentencing Guidelines issues. (See Doc. No. 38: Motion to Continue; 4th Cir. Case No. 15-4685, Doc. No. 76: Notice).

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se motions are **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: September 8, 2017

Robert J. Conrad, Jr.
United States District Judge