IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CR-00217-RJC-DCK

| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALVIN JAKELYN WILLIAMS | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motion to dismiss. (Doc. No. 44).

The defendant is currently represented by counsel. (Doc. No. 5: Appointment of Counsel). Local Criminal Rule 47.1(H) requires motions to be filed by counsel unless a defendant has formally waived his right to counsel before a judicial officer. Additionally, since the filing of the motion, a magistrate judge conducted an inquiry into the status of counsel and ordered that counsel will continue her representation of the defendant. (Order, Oct. 17, 2017).

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: December 21, 2017

Robert J. Conrad, Jr.
United States District Judge