UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cr-00217-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | <u>ORDER</u> |
| vs. | ) | |
| | ) | |
| ALVIN JAKELYN WILLIAMS | ) | |

**THIS MATTER** is before the Court upon motion of the defendant, pro se, requesting that the Court reduce his sentence based on good behavior in prison. (Doc. No. 72).

When the Court sentenced the defendant on March 21, 2018, it departed upward from the advisory guideline range based on his unrelenting criminal activity over three decades. (Doc. No. 68: Sent. Hr'g Tr. at 39-40). The sentence was not disturbed on appeal. (Doc. No. 69: Opinion). The defendant now asks that the upward departure be removed and that he be released to home confinement. (Doc. No. 72: Motion at 2). He states that he has not been in any trouble in five years of incarceration, has participated programing and working until he was injured, and has a job lined up enabling him to care and provide for his family. (<u>Id.</u> at 1-3). The circumstances noted by the defendant are not grounds for a reduction by this Court, which has limited authority to alter a sentence once it is imposed. 18 U.S.C. § 3582(c); Fed. R. Crim. P. 35.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 72), is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the United States Attorney, and the United States Probation Office.

Signed: November 14, 2019

*[Signature]*

Robert J. Conrad, Jr.
United States District Judge